ACCEPTED
12-15-00082-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/10/2015 10:59:49 PM
CATHY LUSK
CLERK

**Cause No. 12-15-00082-CR**

| | | |
|---|---|---|
| **DAVID MARK DAVIS II** | § | **IN THE COURT OF APPEALS** |
| **Appellant** | § | |
| | § | |
| **vs.** | § | **COURT OF APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | |
| **Appellee** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/10/2015 10:59:49 PM
CATHY S. LUSK
Clerk

### APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW THE APPELLANT David Mark Davis II, Pro Se, and would respectfully show the Honorable Court the following:

1. Appellant is not represented by Counsel

2. Appellant's opening brief is due to be filed with this court in this cause no later than June 29, 2015

3. On May 30, 2015, Appellant was involved in an automobile accident in Lufkin, Texas. During said accident, Appellant was 'T-boned' by another driver who was illegally proceeding through the passageway. To the best of Appellant's knowledge, both the Lufkin Police Department and the other parties insurance company have held that the Appellant at 0% liability for the accident.

4. As a result of the accident, Appellant sustained traumatic brain injury and injury to the nerves and spine. Appellant has been in the hospital twice and

has been told to continue to expect daily medical appointments for the spine and nerve issues.

5. Prior to this accident and while working in the intelligence field in a sensitive position, the Appellant had already sustained life threatening injuries, these injuries will likely cause Appellant's current injuries to not heal as fast. These injuries are brought up to justify the need for the 30 day extension. See "Exhibit A"

**WHEREFORE PREMISES CONSIDERED,** the Appellant Prays the Honorable Court GRANT the 30 day extension to allow Appellant the opportunity to file his brief.

Respectfully Submitted,

David Mark Davis II
Appellant, Pro Se

## Certificate of Service

      I certify that on June 10, 2015, I sent a copy of Appellant's Motion for Extension of Time to File Brief to all parties listed below as indicated.

_____
David Mark Davis II


VIA Texas Official eFile System:

STATE OF TEXAS (through Counsel):

Ed. Jones at ejones@angelinacounty.net



**DEPARTMENT OF VETERANS AFFAIRS**
810 Vermont Ave NW
Washington, D.C. 20420

**EXHIBIT**

A

June 10, 2015

David Davis
11 Glenview Ct
Lufkin, TX 75901

In Reply Refer to:
xxx-xx-2437
27/eBenefits

Dear Mr. Davis:

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information

Your VA claim number is: xxx-xx-2437

You are the Veteran.

## Military Information

Your most recent, verified periods of service (up to three) include:

| Branch of Service | Character of Service | Entered Active Duty | Released/Discharged |
|---|---|---|---|
| Air Force | Honorable | October 13, 2009 | October 12, 2012 |

(There may be additional periods of service not listed above.)

## VA Benefit Information

| | |
|---|---|
| **You have one or more service-connected disabilities:** | Yes |
| **Your combined service-connected evaluation is:** | 100% |
| **Your current monthly award amount is:** | $3010.06 |
| **The effective date of the last change to your current award was:** | December 01, 2014 |
| **You are considered to be totally and permanently disabled due to your service-connected disabilities:** | Yes |

**You are in receipt of special monthly compensation due to the type and severity of your service-connected disabilities:**          Yes

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

## How You Can Contact Us

- If you need general information about benefits and eligibility, please visit us at https://www.ebenefits.va.gov or http://www.va.gov.
- Call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.
- Ask a question on the Internet at https://iris.va.gov.

Sincerely,

Robert T. Reynolds, Director
Benefits Assistance Service